UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LYNNANN MARIE STEFFEL,

        Plaintiff,

v.                                                                          Case No. 1:20-cv-53
                                                                            Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## JUDGMENT

        In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

        **IT IS SO ORDERED**.


Dated:  March 15, 2021                              /s/ Ray Kent
                                                                   RAY KENT
                                                                   United States Magistrate Judge